**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kevin Phillips Donnelly,                      Civil No. 10-3105 (DWF/JSM)

          Petitioner,

v.                                           **ORDER ADOPTING REPORT**
                                                **AND RECOMMENDATION**

The Federal Bureau of Prisons; Harley Lappin,
Director; and Warden School P. Fisher, of the
Federal Correctional Institution-Sandstone,

          Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated May 30, 2012 (Doc. No. 9). No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**ORDER**

**IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. [1]) is **DENIED**.

2. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 20, 2012          s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge